ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tudor Cliage, LLC | ) ASBCA No. 64086 |
| | ) |
| Under Contract No. W91248-22-A-0003 | ) |

APPEARANCE FOR THE APPELLANT:  Leonard E. Lucas III, Esq.
　　The Law Firm of Leonard Earl Lucas, PC
　　Nashville, TN

APPEARANCES FOR THE GOVERNMENT:  Dana J. Chase, Esq.
　　Army Chief Trial Attorney
　　LTC Anthony Lenze, JA
　　Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $9,518.85. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 3, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                          I concur

_____     _____
J. REID PROUTY                  LAURA EYESTER
Administrative Judge         Administrative Judge
Vice Chairman                Armed Services Board
Armed Services Board       of Contract Appeals
of Contract Appeals

       I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64086, Appeal of Tudor Cliage, LLC, rendered in conformance with the Board's Charter.

       Dated: March 3, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2